**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6223**

---

ERIC MORRISON,

        Plaintiff - Appellant,

    v.

NURSE C. MEYER; TAMARA LYN,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:21-ct-03132-FL)

---

Submitted:  June 22, 2023                                      Decided:  June 27, 2023

---

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Dismissed and remanded by unpublished per curiam opinion.

---

Eric Wilford Morrison, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Morrison seeks to appeal the district court's order dismissing his amended *Bivens*\* complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved *all* claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

Our review of the record reveals that the district court did not adjudicate all of the claims raised in the complaint. *Id.* at 696-97. Specifically, the court failed to address Morrison's allegation that Nurse Meyer's failure to administer the medication prescribed at the hospital caused severe issues in his right eye and another hospitalization. We conclude that the order Morrison seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and remand to the district court for consideration of the unresolved claim. *Id.* at 699.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*

---

\* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

2